James C. Bastian, Jr. – Bar No. 175415
Mark Bradshaw – Bar No. 192540
Ryan D. O'Dea – Bar No. 273478
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, CA 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000

JS-6

Attorneys for Appellants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | Bankruptcy Case No. 2:12-bk-15623-RK |
| **DAVID L. ARNOLD and GRACE E. ARNOLD,** | District Court Case No. CV-12-04477-JFW |
| **Debtors.** | **ORDER APPROVING STIPULATION TO DISMISS APPEAL BASED UPON BANKRUPTCY COURT'S APPROVAL OF SETTLEMENT AGREEMENT** |
| **DAVID L. ARNOLD and GRACE E. ARNOLD,** | [No Hearing Required] |
| **Appellants,** | |
| vs. | |
| **U.S. BANK, NATIONAL ASSOCIATION,** | |
| **Appellee.** | |

The Court having read and considered the stipulation to dismiss this appeal entitled "Stipulation to Dismiss Appeal Based Upon Bankruptcy Court's Approval of Settlement Agreement" (the "Stipulation") filed by David L. Arnold and Grace E. Arnold ("Appellants"), the Court finding that due and proper notice has been given to all parties in interest, it is hereby

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

4274-000\Z:\A-B\Arnold\Appeal\Order - Dismiss District Court Appeal.docx

**ORDERED** that the Stipulation is granted as follows:

1. This appeal is dismissed with prejudice.

2. All parties shall bear their own costs and fees.

```
 IT IS SO ORDERED

DATE: January 16, 2013                   John F. Walter /s/
                              ###        U.S. District Judge


 cc: Bankruptcy Court
```

2

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 8105 Irvine Center Drive, Suite 600, Irvine, California 92618.

On January 15, 2013, I served the documents named below on the parties in this Action as follows:

| | |
|---|---|
| DOCUMENT(S) SERVED: | **ORDER APPROVING STIPULATION TO DISMISS APPEAL BASED UPON BANKRUPTCY COURT'S APPROVAL OF SETTLEMENT AGREEMENT** |
| SERVED UPON: | Ori Katz, Esq.<br>Kristy E. Young, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>okatz@sheppardmullin.com<br>kyoung@sheppardmullin.com |

[ X ]   (**BY E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   (**BY PERSONAL SERVICE**) I delivered to an authorized courier or driver authorized by Nationwide Legal, LLC to receive documents to be delivered on the same date.  A proof of service signed by the authorized courier shall be filed upon receipt from Nationwide Legal, LLC.

[ ]   (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2013, at Irvine, California.

                                                          **/s/ Steven P. Swartzell**
                                                          **Steven P. Swartzell**